FILED
CLERK, U.S. DISTRICT COURT
12/10/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States Of America<br>PLAINTIFF(S)<br>v.<br>MOLINA ESCALANTE Surely<br>DEFENDANT(S). | CASE NUMBER<br>5:24-mj-00512<br>3:24-cr-426-AB-10<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Indictment in the ___ District of Oregon on 11/13/2024 at 3:15 ☐ a.m. / ☑ p.m. The offense was allegedly committed on or about 01/04/2024 in violation of Title 21 U.S.C., Section(s) 841(a)(1), (b)(1)(A) and 846 to wit: Conspiracy to Distribute a Controlled Substance

A warrant for defendant's arrest was issued by: Judge Amy Baggio

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Indictment and arrest warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/10/2024
         Date

*Marco Oropeza*
Signature of Agent

TFO Marco Oropeza
Print Name of Agent

DEA / Los Angeles
Agency

Task Force Officer
Title